IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTOPHER M. DOYLE,<br><br>　　　　　　Defendant. | Case No.: 1:19-CR-00110-001 LJO<br><br>ORDER OF RELEASE |

A sentencing hearing regarding violation of supervised release was held August 19, 2019. The defendant has been accepted to the Salvation Army, an inpatient facility located in Fresno, California. The defendant shall be released with the same previously ordered conditions of supervised release issued on February 5, 2013. The defendant shall comply with the additional conditions of supervision as follows:

1. The defendant shall reside and participate in an inpatient correctional treatment program to obtain assistance for drug and/or alcohol abuse, for a period of up to 6 months for substance abuse detoxification services if deemed necessary.

///

///

///

///

Status Conference set for September 23, 2019, at 8:30am. before Judge O'Neill. The defendant shall be released on Thursday, August 22, 2019 at 9:00am, to April Allen, a representative of the Salvation Army Residential Drug Treatment Program.

IT IS SO ORDERED.

Dated: __**August 20, 2019**__  　　　　　　　__/s/ Lawrence J. O'Neill__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE