IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:19-CR-00110-001 LJO |
|---|---|
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| CHRISTOPHER M. DOYLE, | |
| Defendant. | |

A sentencing hearing regarding violation of supervised release was held August 19, 2019. The defendant has been accepted to the Salvation Army, an inpatient facility located in Fresno, California.

A warrant that was issued in Fresno County Superior Court case number M19922183 due to Mr. Doyle's being in Federal custody and unavailable to attend court was recalled on August 30, 2019. Mr. Doyle was released on his own recognizance in that case and may be released into the program.

As such, the defendant shall be released with the same previously ordered conditions of supervised release issued on February 5, 2013. The defendant shall comply with the additional conditions of supervision as follows:

1. The defendant shall reside and participate in an inpatient correctional treatment program to obtain assistance for drug and/or alcohol abuse, for a period of up to 6 months for substance abuse detoxification services if deemed necessary.

2. Status conference set for September 23, 2019 at 8:30 a.m. before Judge O'Neill.

3. The defendant shall be released on Tuesday, September 3, 2019 at 9:00am to April Allen or another authorized representative of the Salvation Army Residential Drug Treatment Program.

IT IS SO ORDERED.

Dated: **August 30, 2019**             **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE